UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00024

**Steven Michael Edison,**
*Plaintiff,*

v.

**Anderson County Sheriff's Office et al.,**
*Defendants.*

# ORDER

Plaintiff, Steven Michael Edison, proceeding pro se and moving to proceed *in forma pauperis*, initiated this action against defendants Anderson County jail staff, Captain Ruscle, Sheriff Flores, District Attorneys Mitchell and Holden, and Judge Davis, alleging a violation of his due process rights for failure to investigate his claims. Doc. 1-3; Doc. 1-2, at 1. The case was referred to United Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.

On February 11, 2022, Judge Love issued a report recommending that the case be dismissed, without prejudice, for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2). Doc. 4.

Neither party has filed objections to the report and recommendation, and the timeframe for doing so has passed. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 4) is accepted. The petition is dismissed, without prejudice, for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

*So ordered by the court on March 30, 2022.*

――――――――――――――――――――
J. CAMPBELL BARKER
United States District Judge